IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

On behalf of myself and for partner Dashl

Lucifer Rothochildress
Devil Rothechildress
Kristina Herbert "Lazore"

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

CHCS   Dorothea Dix
       Sheriffs Depart
Cronk Family - Ouellkes
McKinney Family
Delavacchi - Dela Cruz

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

2025 JAN 21 P 4: 24

Civil No. _1:25-cv-0025-LEW_
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
            *(check one)*

Cronk         Sirois
McKinney      Nelson
Delavacki     Garcia
Youngs        Trask
El'Reyes
Delacruz
Ayulla        BikerUSA.
Flood
McKinney
Simpson
McCarthy
King
McCoombs
Kearns pulin
Manccomb
Browns
Quirk
Hamilton
Norton
Mats
Simpson

The Commissioner
Ezreem Byrum
The Federal Clerk
Flores
IT Judgements
Budget Planner
Jude Anderson
Tina Jack Kaczky Judment 8023
Philbrook
Judge and Medical MD
Plummer - Lambert - Miracle

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kristina Herbert "lazore"
Street Address: 126 Union Street
City and County: Bangor Maine
State and Zip Code: Maine, 04401
Telephone Number:
E-mail Address:

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Need The ones Branded with Name Cronk McKinney

Name: The Cronk family
Job or Title (if known): The Ouelltte Family
Street Address: The McCarty Delavacci
City and County: The El Reyes-youns
State and Zip Code: Billedoe - West
Telephone Number: Laverque
E-mail Address (if known):

Defendant No. 2

Name: The commissoner Ezreem Byrum
Job or Title (if known): Rhonda Morin
Street Address: Garga-Dean Family
City and County:

State and Zip Code: Mechinacal Service
Telephone Number: van
E-mail Address
(if known)

Defendant No. 3
Name: Licata-Licuto
Job or Title (if known): Investigation over they are guilty impose
Street Address:
City and County: Elements of Sentencing
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name: Ansel Lichta at St Pals
Job or Title (if known): Lucas Qualley
Street Address: Victoria Dove
City and County: uniformed police, nStPierre
State and Zip Code: Judge varia as
Telephone Number: Joseph Pern
E-mail Address (if known): Billodoe Young/El Reyes

Lean Licato - Library Brick
Kelly Licate - Brick Church

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

Now International Paridagm - defination -

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

for Queen privy court International claim

Fill out the paragraphs in this section that apply to this case.   and Nav Take over

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Pierce Treaty withdrawn

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* Dublin Ireland

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

….

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

V. Closing

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-17, 2025

Signature of Plaintiff: Devil Rothchildress - Kristina Herbert

Printed Name of Plaintiff: Devil Rothchildress "Lazor"

Shivags Kristina Herbert Same as Kristina Lazor 005-80.3429 for federal is 05-31-1983

Sarah Wolfe Hostage hopefully still Alive