Joleen Fagan Mother of
This Asia phillipino Prisoner
Need his Father and His
Blood Set Free Now Render
IT over 356 32 94

356-3294 (PL) and Bc Childress Those mine
Kennedy (PL and Paul
and Herbert- Herb ane
Rexblesenbank on behalf of
my Brother and His His sons
Mall, herberT and Dickenson
case of vermonT those are Mine case of Texas
Now Return them back.
........ the Surgeon aT ST. Josephs

RULE 3
Sworn before Magistrate
and Judge.

Rule 54 State and Judicary
officers A Federal Magistrate
Enactment of 2025.
   Federal and International officers
11 USC 727 debtors to be discharged
and defrauded cridi tor.
And Thomas Culpovichs
Transmission of pornography
On My Cell phone when I
asked to use it for A
minuete at 424 Hammond

Rules

International Relations

submission of Confidential
Records

Armed Forces Records

3 Elements
5 Reasons

Lift the protection
upon Kristy Derry Dunn

Arnould in federal
Building st Joel Let
our people free
Lkata laucto International
Docket Number already even

1 victorin Tong ElReyes Billadoe
Using and busted For using people Identty
Cronk family
   Ouelltee Family


─2 Shariffs Department
      and Jail The New
Government

Docket Number Can be located on Licate Lacuto Case.

Qualley 707 has 1 ton phone

serial Killers dismemberment of Animal and Human body parts

Next requested I Am not sure involving The NRA against Colordo courts I Refuse to this case. Their descions are best suited so I will have No involvement Goulds free My people some her prisoners from this Larry Keam Located 146 Center Street but back wellness program Colarado Case finding are accurate N. need for any to Interled Electronic Case finding plus More prepare Crement of Sentences

Matthew Ouellttee and Ken Ouelltee
and Brandon Cronk an L victora
El'Rayes Young Billado DelaCruz
                    The Commissioner
    Thika Their Nazi Germany
Mate above Lucas Qralley
house belongs to me hes
Hostages above Them Clearly
Their Tcarp OFFice only
Mule and Rose is worth
Keeping probably those 2.
Hostages them of
victorioh and the Commissioner
                      Their captive
president Putin victims
president Parlin
Hostages also and their families
They have been staying there
have my Document cards
Jewlery FEDs was to talke
All things but have Failed to
do such

Bowie
Meaghar
ovettettes
CYR
Davis
Harvey
Prescotts - Rvalley - Hunt
Rae                         Huntly
O'neils                     vaulcourt
Kerry
mckernon
Quinn
Duon
Penobscot county sheirffs department
Merrik
Merrill Lynch Bankrag
Adam Lazare - ADA
Chong
Not
Bean
Adams
Feilds
Mota - simpson
Foss - Browns

This All to
Blame and
guilty

my Thumb is still removed
at 424 Hammons street
in the garage of Tom Culpovich
at least my Thumb still

But Not able to
and signature of Lucifer Rothchild
Lucifer Rothchilders at
Shaws Osco Pnarmcy One world
under global prescribes Orders
probably wrong term meanins
cant think think to it describe
proper terminology Kristina Herbert
          sames as Kristina Lazoo
Than Next week maybe
2 weeks my baby vampire
Tooth broken off oh no trats
not real.
          Vampire Loweant at
Master Chambers at wher
Tuey All souls cant get
balk bullshit

Federal RepuLic of
Dublin Feland.

Lucifer Rothechildress
Andrew Kurt Missing
on behalf president Putin
and Elon Musk.
Qartlley's demands their
Uprising of Their prisloxes
Yellow star on neck
Red star on neck
Orange star on neck

Devil Rothechildress same
as Myself Kristing Herbert
Using Last name Lazore
Coombs Cronk
Kings Bartlett
ODIN McCarty Cleaver
Lewis Sockubassin
Sam Social
005-880-3429 Rothechildress.
Lucifer paid 55 Billion
750 Trillion, F/aid 36 Billion
26 Trillion

Concentration camps
extermination

Run by an uprising prisoner
In uniforms and their Judges
paths of conviction and sentence
and sen Centuries of their
plotting Scillian, Frish, polish
wars and the vestry with
their vest like / Exile
Luasons, Kings Rider, Pagen
involving the Error and correctional
                    Correctional
courts of the State of New Jersey
with the Governor Chris Kristy
and Detectives Flores, Bleadroe, Refea
and Acevado, Aquilla Cue of
New Jersey and Interpolica

It is True

There Case Management
Services of their Mobile
Crisis outreach @ Scam Just
to steal Trust and Estates
Michelle osterMan one of
The Soucees like April Soccer
Lisa Lacuto and The one who
use's name Leon Licata Location
Library and Brick Church 124
Union Street said I A have to
leave at 9 pm last night want
Them I am afraid for Life
their They refused the united
States Marshall at the Brick
wher Sent
Case Management The patt/
program The Act program
Case Management used
to defrayd people

Ransom payments of
life thats Mine Lucifer
Now return

our 750 Trillion
26 Trillion
55 Billion
36 Billion

20, 000
350, 000
1.3 million
1.3 million
350.000
750, 000

Zack and The Brick
Church Biker USA
stole all account of
Electrical Solar
Roth - My Grandmother
Lucifer Rothechildress
Nothing we leave with
are assetts No was ever
there's they get Nothing
This Land never returning
to this and looking back

That Fraud Now They
lost access and control
A Greater Authority
other and than federal
ant Judicary are aware

Ken Cerbach with
Centeral Intelligence agency
says only one Step

STARGate file
118Th Congressional Records
Ice immigration
28 USC Code 4291
Ireland pharmacutal

1) Commissioners Hamilton
    Cronk, Ovellette
2) Bouchie Norton
    Sheriffs department
    Hamilton - Quirk

a valley a Sire for hire
    of Kings

# HIV Prevention starts with testing

## SET UP A TESTING APPOINTMENT TODAY

## HOW TO PROTECT YOURSELF STAY HIV FREE

- If you don't have HIV, staying that way will help protect your health and the health of your partner(s).
- Use condoms the right way every time you have sex, especially with new partners.
- Don't inject drugs, or if you do, don't share needles, syringes, or other drug injection equipment.
- Use syringe service programs near you to obtain new unused syringes.
- Get tested and treated for other sexually transmitted infections.
- Get tested regularly.
- If you engage in behaviors that may increase your chances of getting HIV, ask your health care provider if pre-exposure prophylaxis (PrEP) is right for you.

## LIVING WITH HIV?

- Get HIV medication for treatment.
- Taking HIV medication regularly can make the HIV virus undetectable in your body.
- Having undetectable HIV virus means you cannot pass it to someone else.
- Learn more ways to protect your partner(s).

## WHERE TO GET TESTED

- BANGOR PUBLIC HEALTH & COMMUNITY SERVICES
  103 TEXAS AVE       207-992-4547
  WALK IN SERVICES MONDAY & WEDNESDAY 9AM-12PM
- PCHC HOPE HOUSE CLINIC
  207-404-8330
- MAINE FAMILY PLANNING BANGOR
  207-922-3222

- MABEL WADSWORTH
  207-947-5337

## SYRINGE SERVICE PROGRAMS

HEALTH EQUITY ALLIANCE   207-990-3636
WABANAKI PUBLIC HEALTH   207-992-0411
NEEDLEPOINT SANCTUARY   207-505-1510

## WHERE TO GET CONDOMS AT NO COST

- BANGOR PUBLIC HEALTH & COMMUNITY SERVICES
  207-992-4547

- 207-990-3626
- NEEDLEPOINT SANCTUARY
  207-505-1510

## PRE-EXPOSURE PROPHYLAXIS

- Call your medical provider to inquire about PrEP.
- Don't have a medical provider? Call PCHC at 207-404-8330.

## POST-EXPOSURE PROPHYLAXIS

- If you think you have been exposed to HIV in the last 72 hours, talk to a medical provider ASAP about PEP.



BANGOR PUBLIC HEALTH & COMMUNITY SERVICES

CITY OF BANGOR



# HIV

## What Everyone Should Know

**Your health is important to us!**



**BANGOR PUBLIC HEALTH & COMMUNITY SERVICES**

## What is HIV?

- HIV is a virus that attacks the body's immune system.
- Without treatment it could lead to AIDS (Acquired Immunodeficiency Syndrome).
- People from all walks of life are living with HIV.
- HIV treatment helps people live long, healthy lives and prevents HIV transmission.
- There are ways to prevent HIV.

## Who should get tested?

The US CDC recommends everyone in the following groups of people should test for HIV:

Ages 13 to 64 years old test at least once.

You should get tested if you

- shared needles, syringes, or other drug injection equipment.
- are a man who has had sex with another man.
- had anal or vaginal sex with someone who has HIV.
- had new sex partners since your last HIV test.
- exchanged sex for drugs or money.
- been diagnosed with a sexually transmitted infection, hepatitis, or tuberculosis (TB).
- had sex with someone who has done anything listed above.

## How is HIV spread?

When someone has contact with body fluids of someone with untreated HIV through mucous membranes or an open wound. These sources include:

- Blood (open wounds, shared injection equipment)
- Semen (cum) and pre-seminal fluid (pre-cum)
- Rectal fluids
- Vaginal fluids
- Breast milk

Now that you know, Here are next steps



# HIV Prevention starts with testing

## SET UP A TESTING APPOINTMENT TODAY

## HOW TO PROTECT YOURSELF STAY HIV FREE

- If you don't have HIV, staying that way will help protect your health and the health of your partner(s).
- Use condoms the right way every time you have sex, especially with new partners.
- Don't inject drugs, or if you do, don't share needles, syringes, or other drug injection equipment.
- Use syringe service programs near you to obtain new unused syringes.
- Get tested and treated for other sexually transmitted infections.
- Get tested regularly.
- If you engage in behaviors that may increase your chances of getting HIV, ask your health care provider if pre-exposure prophylaxis (PrEP) is right for you.

## LIVING WITH HIV?

- Get HIV medication for treatment.
- Taking HIV medication regularly can make the HIV virus undetectable in your body.
- Having undetectable HIV virus means you cannot pass it to someone else.
- Learn more ways to protect your partner(s).

## WHERE TO GET TESTED

- BANGOR PUBLIC HEALTH & COMMUNITY SERVICES
  103 TEXAS AVE       207-992-4547
  WALK IN SERVICES MONDAY & WEDNESDAY 9AM-12PM
- PCHC HOPE HOUSE CLINIC
  207-404-8330
- MAINE FAMILY PLANNING BANGOR
  207-922-3222
-
- MABEL WADSWORTH
  207-947-5337

## SYRINGE SERVICE PROGRAMS

- HEALTH EQUITY ALLIANCE   207-990-3636
- WABANAKI PUBLIC HEALTH   207-992-0411
- NEEDLEPOINT SANCTUARY   207-505-1510

## WHERE TO GET CONDOMS AT NO COST

- BANGOR PUBLIC HEALTH & COMMUNITY SERVICES
  207-992-4547
-
  207-990-3626
- NEEDLEPOINT SANCTUARY
  207-505-1510

## PRE-EXPOSURE PROPHYLAXIS

- Call your medical provider to inquire about PrEP.
- Don't have a medical provider? Call PCHC at 207-404-8330.

## POST-EXPOSURE PROPHYLAXIS

- If you think you have been exposed to HIV in the last 72 hours, talk to a medical provider ASAP about PEP.



BANGOR PUBLIC HEALTH & COMMUNITY SERVICES



CITY OF BANGOR



# HIV

## What Everyone Should Know



**BANGOR PUBLIC HEALTH & COMMUNITY SERVICES**

## Your health is important to us!

## Who should get tested?

The US CDC recommends everyone in the following groups of people should test for HIV:

Ages 13 to 64 years old test at least once.

You should get tested if you

- shared needles, syringes, or other drug injection equipment.
- are a man who has had sex with another man.
- had anal or vaginal sex with someone who has HIV.
- had new sex partners since your last HIV test.
- exchanged sex for drugs or money.
- been diagnosed with a sexually transmitted infection, hepatitis, or tuberculosis (TB).
- had sex with someone who has done anything listed above.

## What is HIV?

- HIV is a virus that attacks the body's immune system.
- Without treatment it could lead to AIDS (Acquired Immunodeficiency Syndrome).
- People from all walks of life are living with HIV.
- HIV treatment helps people live long, healthy lives and prevents HIV transmission.
- There are ways to prevent HIV.

## How is HIV spread?

When someone has contact with body fluids of someone with untreated HIV through mucous membranes or an open wound. These sources include:

- Blood (open wounds, shared injection equipment)
- Semen (cum) and pre-seminal fluid (pre-cum)
- Rectal fluids
- Vaginal fluids
- Breast milk

Now that you know, Here are next steps



John Divine and Lucious
Rothechildress 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
Kristina Herbert 8079
International Judgement number
Monday January 20th in the year 2025
Thomas Culpovich at 424
Hammond Street co-owner
Unknown name

The City of Bangor offical
also guilty as well as
their veterinarian, or May
          veterinarian

be NOT in This case Since
They have with held the
animal from Returning The body
to be buried on the property
OF 424 Hammond Street, Bangor
Maine

    Rule re written for State
and International officers
11 USC 727 Refrence to debitor
to be discharged from debt
Also Transmission of pornograph
with Rule 3 sworn to have
witnessed such Just as John Divin

We think he is a Serial
Killer but with his help
of The Biker USA and their
paths of Judgements set
before prisioners and The
assistance of The city of
Bangor officals who only
boarded building but did not
Search or Charge These with
any crimes. I feel like The
entire property with
Chest. I believe as he
has described on Camera
is well full of dead bodies
Same as Robert Brooks Location
As is Charlie Sibley and
oran Mosher guilty of
dismemberment of animal and
Human life. CPL pierce also
involved and CPL Hoff
18 USC 232, 26 USC 5845
Vestry The one wearing vest
Those are absolutley guilts
as the Government of Ireland has
Stated same Issuse there as here

Federal prosecutor I assume
Murdered also Joseph Beizeo
and Joe Judicey Marshals
daughter I assume also
dead and Mariah Sommers
also their victim as well
I believe bT I Am
unsure still.

        And These next names
dont involve John or I
So asking For Judge Learsons
Case load to be transferred
to Federal Republic courts For
Our Judgements to be enForced
For 3 Elements to Justify
a prescribed death sentences
to be announced through
Brooking smith and also
Lucas Quilleys and Quinn
probationary list to be Furnished
to Federal Republic courts for
Review of Instrumenting Justified
Sentences with degrees of
punishment with Judge Anderson
also listening

- Thomas Culpovich
- The City of Bangor officials all departments and volunteers
- Alex Kurt
- The Biker USA vestry and Brick Church members and volunteers
- Robert Kearns
- Robert Brooks
- James Butler (Australian)
- Oran Mosher
- Charlie Sibley
- Sibley Transportation Corp
- Sibley demolishment corp (Explosives)
- Zack Spaulding
- Penobscot County Sheirffs department and their own New Government with their mechanical service vans.
- Lufin Family
- Cotton Family
- RiverRock at 146 Center at The Back side an extermination Camp Run by Sicilian, Irish, Polish
- The Hope House

- Major Bills
- Daniel and Kristie Santo
- Kristie Clark
- James Adams
- Meagan Adams
- Thomas Law Firm
- Stephaine and Dillion Thomas
- CHCS
- Family Dollar
- Joes Market
- Ryan Skillenger
- Meagan Bouchard
- Thomas Davis
- Amber Cyr Davis
- Bruce Cyr
- Car
- Parkin JR
- Cammack
- Trice
- Santigo
- Monihan-Cronk
- Burrill
- Rolfe
- Keene
- Dickenson

- Mooney
- Herbert @ well and Bick on Camera
- Mooney
- Cushing
- St, Pierre
- Scotts
- Shaw
- Brown
- Bean
- Dunfee
- Lazore — Lazzero — Lazzerra
- Campbell
- McKinney
- Wards
- Cooper
- Ortiz
- Voise
- Hanscoms
- Pierce
- Owens
- George Feilds
- Mayhews
- Evergreen
- Coombes

- Cowen
- Kings
- Mitchell
- Walker
- Arlan Building of All Souls
- Wayne Pomeroy - Terrorist
- Michelle Constaine Shedd
- Maynard
- Langton
- Clark
- Tremble
- Dunbar
- James
- McQueen
- St Pierre

The staffing from Congressional library of Medicine and The Biker USA vestry as in ST John Epsipilan vestry Their wardens and presiden and pastors and their emergency officars all involved

I also believe my Vaughter died at Judicary gates the day I was tresspassed from Judicary court House For Not being an employee her ashes sent to Huley wards which I Jid receive

Lucifer Rothechildress arrived to the United States maybe Two weeks ago Thats the parent of Judge barson his starr devil Rothechildress possibly victims Bought yellow star from Joes Market yesterday, Havent seen it though.

and Isaac Herbert a victim
of this path hopefully still
alive

Mariah, My forever love on Arrival, good morning beautiful. I just woke up its so quiet. Even the outside world has finally fell asleep on mute. you and I and this tiny tiny pup pup who share this Apartment. I love you. In the next few years I'll bet we go pretty far but I'll always remember these first days dreamy stay calm dream states and open space to be in. Your antics in love have surprised me! For I felt like I was pushing you away but you only pulled me closer. I thought of you so much, for days you star crossed my eyes so I only sought fire and all day long the thought crossed my mind That your Mine. Of course I'd be astounded to find out you love me. That you'll love me like a lost puppy. That you found me at the edge of event city. Share the light please? Theres all our super fans in the seats. your stage was set yet I want to compete your cast aint complete. Then you found a mutherfuckin smile on my teeth. It wasn't even the right time or season for me to smile. I've been fighting fighting Feeling like I'd rather try dying and lost my own damn fighter die reflex to win every fight. I shout your name now, Like Romeo, "please let down your hair". Angel on a balcony walks is (pleasantries are exchange

they exit stage left, w/ grace. white lights would blind them who try to follow. Theres heaven then theres the heaven of tomorrow. I love this part. "Do you want to die & go to heaven? Try this instead: close your beautiful eyes and count to six. Maybe seven. And soon you'll be dreaming! Wild dreams in the wild side. In style Lass, w/ irony - spookshow detective Files delete, hidding my hand. and designing things. Then waking up divine and sweet. the way you've been running through my mind - I'm dying over here. Theres been love and lucky matches but you my love. are the Actress. W/ British Fastness. Tall legs the smiling eyes the dopest satisfier I've fell in love on Arrival but only w/ you girl. have I set my self. by fire. you dont know my back story you understand my growl. I'll give you more than cute. I'm devout. You I will empower. Fuck my little death wish. I just been goin to sleep. Every Few days. And dreaming. And when I wake up, your house now?, I feel like home. I need I want to squeeze your bones. to be subtle. I wish. And I know you know the business

I'm getting my old strengths back. Reacting: I'm on a 2 second time lapse, it seems, because I've been thunderstruck by your love. You Aphrodite you've met your match now. I've only been stung! your drop dead sexy but you still know what's next dont you? I'll smoke you lol. I talk shit w/ the gods — to their humble faces — I'm still reeling from your blows though. I shake it off then you cupid dart my heart again w/ a side glance ninja star on your way by me. I think about us dining. On a train baby. Climbing we are climbing. we got all day — we got our selves to Chiney. click click silent eyes like morning tweedley smiling to my camera. For our photos. For phot albums. For remembering. For out sourcing out striping and out finding all our rivals. Nobody will ever fuck with us. — Clink glasses — champagne? I dont like the stuff. Only ice weed and your love not in any order fuckin speedball diplomas and award show. Hanging — framing pictures on our walls at home — millions of snap shots and our fingers crossed that true love is true at last with you me both hoping this is not a harddream we wakeup from

", how does it feel
up now? Proud, I'm fuckin proud proud
., second rite of passage proud. when I was
dubbed Lucky Wolf. I want to be subtle but still
like prize fighter giddy all the time arround
her, like I won, confettis falling, I'm a
kind man for a killer yet I'm smiling
and fuckin crying at the same time, cuz
we won baby! I've won more and you of
course have won your crowns undisputedley.
And so much I want to do still. I really
haunt even begun. yes I'm stunned. I've
stumbled onto true love—after haphazard—into
your arms, yet still I can't grab you. I
want you so bad. your fine as fuck and your
truly kind too, your nice to me unless I'm
right beside you. you seem to be waiting
for the right night time to—jump my bones,
and forge our songs onto pure gold. But
our city needs dope. And they're hopeful.
They don't know what we know. They've seen
glimpses of it. They've dreamed of epics. They deserve
it, they'd want it, if their heart shape vessels
could contain it. I hope they keep dreaming—
with many cities to go—only love seems to be worth
the making. But we'll

... to make movies. Distillation! crazy stories. All our friends smiling, races. The hope losing races. Picture shows to show the generations. This is what two Nikès did for thriving. We weren't saving anything for timing. All of us we tried to make it timeless. Our families denied to us we found love bliss and treasure and smiled in the face of death. I feel humble. I know I'm only 33 for one more day, I'll be 34 tomorrow. Yes, I'll never know another day. Another Marvel. I'll never out pace out distance or runaway or ever have the mind to put the right shine on it. To my point of view. I should be doing more to floor you. To win bread at least. Yet my conscious heart and soul say to stay one step behind you. You know what your doing. You been running shit so I don't know why. I doubt myself - but you took my hand. I will not deny you. Theres nowhere I would fly to. I feel lucky that I have you, not in my hands only in my minds eye and my china dreams and the sky-blue, It's like waking up and feeling like theres a dream come true in the other room not on the radio in the bedroom, hard. I end up on the porch.

**ADULT AND YOUTH CRISIS**

When you need help, we will listen.

# 1-888-568-1112
(VOICE OR TTY)

24 hours a day, 7 days a week

Crisis Service is a program of
**Community Health and Counseling Services**



**ADULT AND YOUTH CRISIS**

When you need help, we will listen.

# 1-888-568-1112
(VOICE OR TTY)

24 hours a day, 7 days a week

Crisis Service is a program of
**Community Health and Counseling Services**



Joleen Fagan
356-3294
Herb, Herbert

Michelle Osterman
Mobile crisis outreach

Lisa Atrium